UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JULIA W. FEUER,<br><br>      Plaintiff,<br><br>-against-<br><br>WESTCHESTER MEDICAL CENTER, et al.,<br><br>      Defendants. | 1:23-CV-11012 (LTS)<br><br>ORDER DENYING IFP APPLICATION |

LAURA TAYLOR SWAIN, Chief United States District Judge:

  Leave to proceed in this court without prepayment of fees is denied because Plaintiff has sufficient assets to pay the fees. *See* 28 U.S.C. § 1915(a)(1). Plaintiff is directed to pay $405.00 in fees – a $350.00 filing fee and a $55.00 administrative fee – within 30 days of the date of this order. If Plaintiff fails to comply with this order within the time allowed, the action will be dismissed.

SO ORDERED.

Dated: January 25, 2024
     New York, New York

                  /s/ Laura Taylor Swain
                  LAURA TAYLOR SWAIN
                Chief United States District Judge