UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JULIA W. FEUER,

                Plaintiff,

      -against-

WESTCHESTER MEDICAL CENTER;
ELIZABETH RICENBERG; SUSANA
DEALMEIDA,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 03/19/2024

7:23-CV-11012 (NSR)

ORDER OF SERVICE

NELSON S. ROMÁN, United States District Judge:

    Plaintiff, who is proceeding *pro se*, paid the fees to commence this action.

    The Clerk of Court is directed to issue summonses as to Defendants Westchester Medical Center, Elizabeth Ricenberg, and Susana Dealmeida. Plaintiff is directed to serve a copy of one of the summonses and of the complaint on each defendant by June 17, 2024.[1] If within that period, Plaintiff has not either served the defendants or requested an extension of time to do so, the Court may dismiss the claims against the defendants under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute.

SO ORDERED.

Dated: March 19, 2024
White Plains, New York

                                            NELSON S. ROMÁN
                                         United States District Judge

---

[1] Although Rule 4(m) of the Federal Rules of Civil Procedure generally requires that a summons be served within 90 days of the date the complaint is filed, the summonses in this action were not issued when Plaintiff filed the complaint because she had not paid the requisite fees upon the filing of her complaint. As per the Court's previous endorsement, the Court has extended the time to serve until June 17, 2024. (*See* ECF 7.)