UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___07/16/2024___

JULIA W. FEUER,

                        Plaintiff,

            -against-

WESTCHESTER MEDICAL CENTER;
ELIZABETH RICENBERG; SUSANA
DEALMEIDA,

                       Defendants.

7:23-CV-11012 (NSR)

ORDER OF SERVICE

NELSON S. ROMÁN, United States District Judge:

Plaintiff, who is proceeding *pro se*, paid the fees to commence this action.

The Clerk of Court is directed to issue summonses as to Defendants Westchester Medical Center, Elizabeth Ricenberg, and Susana Dealmeida. Plaintiff is directed to serve a copy of one of the summonses and of the complaint on each defendant by August 15, 2024. If within that period, Plaintiff has not either served the defendants or requested an extension of time to do so, the Court may dismiss the claims against the defendants under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute.

SO ORDERED.

Dated:    July 16, 2024
           White Plains, New York

_____
                NELSON S. ROMÁN
            United States District Judge